IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

V.                                              NO. 09-50103

MANUEL A. GAXIOLA

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's Application to Proceed In Forma Pauperis. **(Doc. 98)**. Said motion has been referred to the undersigned.

On March 15, 2012, United States District Judge Jimm Larry Hendren ordered that Doc. #95, being considered and treated as a motion for a certificate of appealability, be denied, since Defendant did not make a substantial showing of the denial of a constitutional right in his § 2255 motion. (Doc. 97).

A certificate of appealability is a jurisdictional prerequisite to review of a denial of habeas corpus petition. See United States v. Lambros, 404 F.3d 1034, 1036 (8th Cir. 2005), cert. denied 125 S.Ct. 2953 (2005)(holding that a certificate of appealability is required to appeal the denial of any motion that effectively or ultimately seeks habeas corpus or § 2255 relief). The Court hereby finds that based upon Judge Hendren's order, Defendant's Application to Proceed In Forma Pauperis is **denied.**

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the**

**AO72A**
**(Rev. 8/82)**

**district court.**

IT IS SO ORDERED this 2nd day of April, 2012.

                                                  _/s/ Erin L. Setser_
                                                HONORABLE ERIN L. SETSER
                                                UNITED STATES MAGISTRATE JUDGE