```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

v.          Criminal Case No. 09-50103

**MANUEL A. GAXIOLA**                                                      DEFENDANT

O R D E R

Now on this 31st day of October, 2013, come on for consideration defendant's **Motion For Return Of Property Under Federal Rule Of Criminal Procedure 41(e)** (document #86), and the **Magistrate Judge's Report And Recommendation** (document #117), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #117) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's **Motion For Return Of Property Under Federal Rule Of Criminal Procedure 41(e)** (document #86) is **denied**.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE